# GEORGE L. ROBERTS v. EMMETT BUTLER.[1]

June 13, 1913.

Nos. 18,124—(169).

**Slander — demurrer.**

Action for slander. *Held:* The words impute an act punishable under R. L. 1905, § 4953, and a demurrer to the complaint was properly overruled. [Reporter.]

Action in the district court for St. Louis county to recover $1,000 for slander. Defendant's demurrer to the complaint was overruled. From the order overruling the demurrer, defendant appealed. Affirmed.

*Boyle & Boyle,* for appellant.
*Dahl & Shipley,* for respondent.

PER CURIAM.

Conceding without deciding that the alleged slanderous words do not charge plaintiff with the commission of the crime covered by section 4950, R. L. 1905, there can be no doubt that such words impute an act punishable under section 4953, R. L. 1905. The demurrer to the complaint was properly overruled.

Order affirmed.

[1] Reported in 142 N. W. 1134.